**MARSHALL, DENNEHEY, WARNER,**
**COLEMAN & GOGGIN**
BY: Joseph J. Santarone, Jr., Esquire
ID# 45723
Suite 1002, One Montgomery Plaza
Norristown, PA   19401
(610) 292-4444

**Jury Trial Demanded by Defts., Whitpain Township, Joseph C. Stemple, William Bunting and Georgette Jacob**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARTHUR HERRING, III                  :   CIVIL ACTION No:  02-2811
                                     :
        V.                           :
                                     :
VINCENT MARTELLO, MATTHEW CROMER,    :
CLIFFORD BARCLIFF, CHIEF OF          :
MONTGOMERY COUNTY COLLEGE POLICE     :
MONTGOMERY COUNTY COMMUNITY          :
COLLEGE, WHITPAIN TOWNSHIP, JOSEPH C.:
STEMPLE, WILLIAM BUNTING, GEORGETTE  :
JACOB                                :

### ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

   Kindly enter my appearance on behalf of WHITPAIN TOWNSHIP, JOSEPH C. STEMPLE, WILLIAM BUNTING and GEORGETTE JACOB, Defendants in the above-captioned matter.

                    MARSHALL, DENNEHEY, WARNER,
                    COLEMAN & GOGGIN


                    _____
                    JOSEPH J. SANTARONE, JR., ESQUIRE
                    Attorney for Defendants, Whitpain Township
                    Joseph C. Stemple, William Bunting and
                    Georgette Jacob