**MARSHALL, DENNEHEY, WARNER,**
**COLEMAN & GOGGIN**

BY: Joseph J. Santarone, Jr., Esquire     **Jury Trial Demanded by Defts., Whitpain**
ID#  45723     **Township, Joseph C. Stemple, William**
Suite 1002, One Montgomery Plaza     **Bunting and Georgette Jacob**
Norristown, PA   19401
(610) 292-4444

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTHUR HERRING, III | :  CIVIL ACTION No:  02-2811 |
| | : |
| V. | : |
| | : |
| VINCENT MARTELLO, MATTHEW CROMER, | : |
| CLIFFORD BARCLIFF, CHIEF OF | : |
| MONTGOMERY COUNTY COLLEGE POLICE | : |
| MONTGOMERY COUNTY COMMUNITY | : |
| COLLEGE, WHITPAIN TOWNSHIP, JOSEPH C. | : |
| STEMPLE, WILLIAM BUNTING, GEORGETTE | : |
| JACOB | : |

### ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance on behalf of WHITPAIN TOWNSHIP, JOSEPH C. STEMPLE, WILLIAM

BUNTING and GEORGETTE JACOB, Defendants in the above-captioned matter.

                    MARSHALL, DENNEHEY, WARNER,
                    COLEMAN & GOGGIN


                    _____
                    JOSEPH J. SANTARONE, JR., ESQUIRE
                    Attorney for Defendants, Whitpain Township
                    Joseph C. Stemple, William Bunting and
                    Georgette Jacob