```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARTHUR HERRING, III              :    CIVIL ACTION
                                 :
     v.                          :
                                 :
VINCENT MARTELLO, et al.         :    NO. 02-2811
```

ORDER

      AND NOW, this 29th day of July, 2002, upon consideration of the unopposed request of plaintiff for an enlargement of time to file a response to the motion to dismiss of Whitpain Township, Joseph C. Stemple, William Bunting, and Georgette Jacob, it is hereby ORDERED that the request is APPROVED and plaintiff shall FILE his response by August 9, 2002.

                          BY THE COURT:

                          _____
                          Stewart Dalzell, J.