## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**STEWART DALZELL**　　　　　　　　　　　　10613 United States Courthouse
　　　　JUDGE　　　　　　　　　　　　　　　Independence Mall West
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, Pennsylvania 19106

　　　　　　　　　　　　　　　　　　　　　　　　267-299-7399

November 13, 2002

Robert J. Magee, Esq.
515 Linden Street, 3rd Floor
Allentown, PA 18101

Joseph J. Santarone, Esq.
One Montgomery Plaza, Ste. 1002
Norristown, PA 19401

John Randolph Prince, Esq.
1402 Masons Mill Business Park
1800 Byberry Road
Huntingdon Valley, PA 19006

　　　　Re: C.A. No. 02-2811, Herring v. Martello, et al.

Dear Counsel:

　　　　Judge Dalzell has set the referenced case for a Rule 16 conference at 3:00 p.m. on Wednesday, November 20, 2002, in his chambers.

　　　　As you will see from the enclosed Scheduling Policy Statement, Judge Dalzell allots between ten and twenty minutes for these conferences. You should review the Scheduling Policy Statement before completing the "Conference Information Report" enclosed with this letter. You should bring the Conference Information Report with you to the Rule 16 conference.

　　　　At the close of the conference, you will receive an Order from Judge Dalzell that will list firm dates for the completion of discovery, other pretrial submissions and trial that will be set at the conference.

　　　　　　　　　　　　　　　　　Very truly yours,


　　　　　　　　　　　　　　　　　Eileen Adler
　　　　　　　　　　　　　　　　　Courtroom Deputy

ec
Enc.