**Robert J. Magee, Esquire**
**WORTH, MAGEE & FISHER, P.C.**
**515 Linden Street, Third Floor**
**Allentown, PA  18101**
**(610) 437-489**
**I.D. No.:  30911**
**Attorney for Plaintiff**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PA

|  |  |  |
|---|---|---|
| ARTHUR HERRING, III, | : | |
| | : | |
| Plaintiff, | : | No.: 02-CV-2811 |
| vs. | : | |
| | : | |
| VINCENT MARTELLO, | : | CIVIL ACTION |
| MATTHEW CROMER, | : | |
| CLIFFORD BARCLIFF, | : | |
| MONTGOMERY COUNTY | : | |
| COMMUNITY COLLEGE, | : | JURY TRIAL DEMANDED |
| WHITPAIN TOWNSHIP, | : | |
| JOSEPH C. STEMPLE, | : THE HONORABLE STEWART DALZELL |
| WILLIAM BUNTING, | : | |
| GEORGETTE JACOB, | : | |
| | : | |
| Defendants. | : | |

### REQUEST FOR ENTRY OF DEFAULT JUDGMENT
### PURSUANT TO F.R.C.P. 55(a)

1.   The within matter involves a claim under §1983 and was commenced with the filing of a Complaint;

2.  The Defendant, Matthew Cromer, was properly served with a copy of the Complaint and Summons and related paperwork at his residence under and pursuant to the provisions of F.R.C.P. 4(e)(2).  The Return of Service was previously filed with this Court reflecting all pertinent details of the service;

3.  The time for the Defendant to file an answer or otherwise defend the Complaint has expired;

4.  As of the date of the filing of this request for entry of the default, no answer, motion to dismiss, motion for summary judgment or other defense has been filed;

5.  Therefore, the Clerk is hereby requested to enter a default against the aforesaid Defendant, Matthew Cromer.

Respectfully Submitted,

WORTH, MAGEE & FISHER, P.C.


_____
Robert J. Magee, Esquire
Attorney for Plaintiff
515 Linden Street, Third Floor
Allentown, PA  18101
(610) 437-4896
I.D. No.:  30911

## <u>CERTIFICATE OF SERVICE</u>

I, Robert J. Magee, Esquire, hereby certify that I served a true and correct copy of Request of Entry of Default Judgment Pursuant to F.R.C.P. 55(a), by First Class Mail, to the individual, at the address and on the date indicated below:

John Randolph Prince
Levin Legal Group, P.C.
1402 Masons Mill Road
1800 Byberry Road
Huntington Valley, PA 19006

Joseph J. Santarone, Jr., Esquire
Marshall, Dennehey
Suite 1002, One Montgomery Plaza
Norristown, PA  19401

Matthew J. Cromer
2140 Shady Court
Yuba City, CA 95991

Vincent Martello
802 George Street
Norristown, PA 19401


 11-14-02____                    _____
Date                            Robert J. Magee, Esquire
                                Attorney for Plaintiff
                                515 Linden Street, Third Floor
                                Allentown, PA  18101
                                (610) 437-4896
                                I.D. No.: 30911