```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

ARTHUR HERRING, III                :     CIVIL ACTION
                                   :
        v.                         :
                                   :
VINCENT MARTELLO, et al.           :     NO. 02-2811

<u>ORDER</u>

AND NOW, this 20th day of November, 2002, after a Rule 16 conference this day, it is hereby ORDERED that:

1. Discovery shall CONCLUDE by February 20, 2003;

2. On February 20, 2003, plaintiff's counsel shall REPORT to the Court by facsimile letter (215-580-2156) whether, in light of discovery, plaintiff still intends to press his claims under 42 U.S.C. § 1983 against Montgomery County Community College, Whitpain Township, and Police Chief Joseph C. Stemple;

3. Also on February 20, 2003 plaintiff's counsel shall REPORT to the Court by facsimile the status of the parties' good-faith settlement efforts, and whether a settlement conference would be productive;

4. If before the conclusion of discovery the parties desire a settlement conference with the Court or Magistrate Judge Jacob P. Hart, they shall advise the Court; and

5. Additional proceedings shall abide further Order.

BY THE COURT:

_____
Stewart Dalzell, J.