

WORTH MAGEE & FISHER
LAW OFFICES

Wallace C. Worth, Jr.
Robert J. Magee
Marc S. Fisher
Brian J. Collins
Eric R. Strauss
L. Kimberly Law Bennett
Laura S. Killian

June 3, 2003

Via fax to: 610-292-0410
Joseph J Santarone, Jr., Esquire
Marshall, Dennehey
Suite 1002, One Montgomery Plaza
Norristown, PA 19401

Via fax to: 215-938-6375
Michael I. Levin, Esquire
Levin Legal Group, P.C.
1402 Masons Mill Road
1800 Byberry Road
Huntington Valley, PA 19006

**RE: Herring v. MCCC, Whitpain Township, et al.**

Gentlemen:

    This will follow up on my discussions with Attorney Levin on May 30, 2003, regarding the above matter. Specifically, the Plaintiff had earlier accepted an offer of judgement in the amount of $5000.00 from Whitpain Township and on May 30, 2003, it was agreed that the College would pay to my client the sum of $7500.00 in damages but he would be required to sign a release agreeing not to go onto the campus while in possession of a gun. It was also agreed that Attorney's fees and costs totaling $22,500.00 would be paid. It is my understanding that the Defendants have agreed to split that 50/50 but that is not really any of my concern as long as the total numbers are as agreed.

    Therefore, I will expect to received a combination of checks from the Defendants as follows:

    a.    Total combined payments to Worth, Magee & Fisher, P.C. in the amount of $22,500.00

    b.    Total combined checks payable to Arthur Herring, III (but mailed to this office) in the amount of $12,500.00.

    Mr. Herring's social security number is 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 and the EIN for this firm is 23-1900425.

    If this is not in conformity with what everybody's understanding is of what has been agreed upon, please contact me immediately.

Sincerely,
WORTH, MAGEE & FISHER, P.C.

Robert J. Magee, Esquire
RJM/jls
cc: Arthur Herring, III

515 Linden Street, Third Floor • Allentown, PA 18101 • 610-437-4896 • Fax: 610-433-3955 • e-mail: worthlaw@fast.net
55 Broadway • Jim Thorpe, PA 18229 • 570-325-4607 • Fax: 570-325-4619 • e-mail: worthjt@fast.net
www.worthlawoffices.com