```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARTHUR HERRING, III,              )
                                  ) Civil Action
          Plaintiff               ) No. 02-CV-02811
                                  )
     vs.                          )
                                  )
VINCENT MARTELLO, Individually    )
and in his Official Capacity as   )
a Police Officer for Montgomery   )
Community College;                )
MATTHEW CROMER, Individually      )
and in his Official Capacity as   )
a Police Officer for Montgomery   )
Community College;                )
CLIFFORD BARCLIFF, Individually   )
and in his Official Capacity as   )
Chief of the Montgomery County    )
Community College Police Dept.;   )
MONTGOMERY COUNTY COMMUNITY       )
COLLEGE;                          )
WHITPAIN TOWNSHIP;                )
JOSEPH C. STEMPLE, Individually   )
and in his Official Capacity as   )
Chief of the Whitpain Township    )
Police Department;                )
WILLIAM BUNTING, Individually     )
and in his Official Capacity as   )
an Officer for the Whitpain       )
Township Police Department,       )
GEORGETTE JACOB, Individually     )
and in her Official Capacity as   )
an Officer for the Whitpain       )
Township Police Department,       )
                                  )
          Defendants              )
```

## ORDER

NOW, this 11th day of July, 2003, upon consideration the Joint Motion for Extension of Scheduling Order filed by defendants Vincent Marello, Matthew Kroner, Clifford Barcliff,

and Montgomery County Community College on July 8, 2003;[1] upon consideration of Plaintiff's Response to Defendants' "Joint" Motion for Extension of Scheduling Order filed July 9, 2003; it appearing that the parties agree that an extension should be granted,

      IT IS ORDERED that all dispositive motions, including motions for summary judgment, accompanied by a brief, shall be filed and served on or before August 1, 2003.

      IT IS FURTHER ORDERED that all motions in limine shall be filed and served on or before August 15, 2003.

                          BY THE COURT:

                          James Knoll Gardner
                          United States District Judge

---

[1] The court notes that defendants Vincent Martello and Matthew Kroner are in default and, thus, lack standing to make any motion affecting the imposition of liability except as otherwise provided by Rule 55(c) of the Federal Rules of Civil Procedure. Nevertheless, because the remaining parties agree that the extension should be granted for all parties, including the parties in default, the court accepts the within motion from defendants Vincent Martello and Matthew Kroner.