```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| ARTHUR HERRING, III,   ) | |
| ) | Civil Action |
| Plaintiff   ) | No. 02-CV-02811 |
| ) | |
| vs.   ) | |
| ) | |
| VINCENT MARTELLO, Individually ) | |
| and in his Official Capacity as ) | |
| a Police Officer for Montgomery ) | |
| Community College;   ) | |
| MATTHEW CROMER, Individually ) | |
| and in his Official Capacity as ) | |
| a Police Officer for Montgomery ) | |
| Community College;   ) | |
| CLIFFORD BARCLIFF, Individually ) | |
| and in his Official Capacity as ) | |
| Chief of the Montgomery County ) | |
| Community College Police Dept.; ) | |
| MONTGOMERY COUNTY COMMUNITY ) | |
| COLLEGE;   ) | |
| WHITPAIN TOWNSHIP;   ) | |
| JOSEPH C. STEMPLE, Individually ) | |
| and in his Official Capacity as ) | |
| Chief of the Whitpain Township ) | |
| Police Department;   ) | |
| WILLIAM BUNTING, Individually ) | |
| and in his Official Capacity as ) | |
| an Officer for the Whitpain ) | |
| Township Police Department,   ) | |
| GEORGETTE JACOB, Individually ) | |
| and in her Official Capacity as ) | |
| an Officer for the Whitpain ) | |
| Township Police Department,   ) | |
| ) | |
| Defendants   ) | |

<u>O R D E R</u>

NOW, this 11th day of July, 2003, it appearing by agreement of counsel that the issues between plaintiff Arthur Herring, III and defendants Whitpain Township, Joseph C. Stemple, William Bunting, and Georgette Jacob have been settled, and upon Order of the court pursuant to the provisions of Rule 41.1(b) of

the Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania effective July 1, 1995,

<u>IT IS ORDERED</u> that defendants Whitpain Township, Joseph C. Stemple, William Bunting, and Georgette Jacob are dismissed with prejudice, without costs from the within civil action.

<u>IT IS FURTHER ORDERED</u> that pursuant to Rule 41.1(b) the within dismissal Order "may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of" the within Order.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge