```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARTHUR HERRING, III,            )
                                )  Civil Action
            Plaintiff           )  No. 02-CV-02811
                                )
       vs.                      )
                                )
VINCENT MARTELLO, Individually  )
and in his Official Capacity as )
a Police Officer for Montgomery )
Community College;              )
MATTHEW CROMER, Individually    )
and in his Official Capacity as )
a Police Officer for Montgomery )
Community College;              )
CLIFFORD BARCLIFF, Individually )
and in his Official Capacity as )
Chief of the Montgomery County  )
Community College Police Dept.; )
MONTGOMERY COUNTY COMMUNITY     )
COLLEGE;                        )
WHITPAIN TOWNSHIP;              )
JOSEPH C. STEMPLE, Individually )
and in his Official Capacity as )
Chief of the Whitpain Township  )
Police Department;              )
WILLIAM BUNTING, Individually   )
and in his Official Capacity as )
an Officer for the Whitpain     )
Township Police Department,     )
GEORGETTE JACOB, Individually   )
and in her Official Capacity as )
an Officer for the Whitpain     )
Township Police Department,     )
                                )
            Defendants          )
```

<u>REFERRAL ORDER FOR SETTLEMENT CONFERENCE</u>

NOW, this 11th day of July, 2003,

      IT IS ORDERED that the within matter is referred to United States Magistrate Judge Arnold C. Rapoport to schedule and conduct a settlement conference.

                            BY THE COURT:

                            _____
                            James Knoll Gardner
                            United States District Judge