IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTHUR HERRING, III, ) | |
| ) | Civil Action |
| Plaintiff ) | No. 02-CV-02811 |
| ) | |
| vs. ) | |
| ) | |
| VINCENT MARTELLO, Individually ) | |
| and in his Official Capacity as ) | |
| a Police Officer for Montgomery ) | |
| Community College; ) | |
| MATTHEW CROMER, Individually ) | |
| and in his Official Capacity as ) | |
| a Police Officer for Montgomery ) | |
| Community College; ) | |
| CLIFFORD BARCLIFF, Individually ) | |
| and in his Official Capacity as ) | |
| Chief of the Montgomery County ) | |
| Community College Police Dept.; ) | |
| MONTGOMERY COUNTY COMMUNITY ) | |
| COLLEGE; ) | |
| WHITPAIN TOWNSHIP; ) | |
| JOSEPH C. STEMPLE, Individually ) | |
| and in his Official Capacity as ) | |
| Chief of the Whitpain Township ) | |
| Police Department; ) | |
| WILLIAM BUNTING, Individually ) | |
| and in his Official Capacity as ) | |
| an Officer for the Whitpain ) | |
| Township Police Department, ) | |
| GEORGETTE JACOB, Individually ) | |
| and in her Official Capacity as ) | |
| an Officer for the Whitpain ) | |
| Township Police Department, ) | |
| ) | |
| Defendants ) | |

ORDER

NOW, this 11th day of July, 2003, upon consideration the Joint Stipulation for the Extension of Time in Which to File Trial Memorandum pursuant to the Court's April 1, 2003 Order filed July 11, 2003,

IT IS ORDERED that the stipulation is approved.

IT IS FURTHER ORDERED that the trial memoranda for the non-jury trial scheduled on August 18, 2003 are to be filed and served on or before August 1, 2003.

IT IS FURTHER ORDERED that in all other respects, not inconsistent with the within Order, all of the provisions of the Non-Jury Trial Attachment Order dated April 1, 2003 shall remain in full force and effect.

                                      BY THE COURT:


                                      _____
                                      James Knoll Gardner
                                      United States District Judge