```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARTHUR HERRING, III,             )
                                 )  Civil Action
              Plaintiff          )  No. 02-CV-02811
                                 )
      vs.                        )
                                 )
VINCENT MARTELLO, Individually   )
and in his Official Capacity as  )
a Police Officer for Montgomery  )
Community College;               )
MATTHEW CROMER, Individually     )
and in his Official Capacity as  )
a Police Officer for Montgomery  )
Community College;               )
CLIFFORD BARCLIFF, Individually  )
and in his Official Capacity as  )
Chief of the Montgomery County   )
Community College Police Dept.;  )
and MONTGOMERY COUNTY COMMUNITY  )
COLLEGE                          )
                                 )
              Defendants         )
```

O R D E R

NOW, this 5th day of August, 2003, it appearing by agreement of counsel that the issues between plaintiff Arthur Herring, III and defendants Vincent Martello, Matthew Cromer, Clifford Barcliff, and Montgomery County Community College have been settled, and upon Order of the court pursuant to the provisions of Rule 41.1(b) of the Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania effective July 1, 1995,

IT IS ORDERED that defendants Vincent Martello, Matthew Cromer, Clifford Barcliff, and Montgomery County Community College are dismissed with prejudice, without costs from the

within civil action.

    IT IS FURTHER ORDERED that pursuant to Rule 41.1(b) the within dismissal Order "may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of" the within Order.

                              BY THE COURT:

                              _____
                              James Knoll Gardner
                              United States District Judge